BEFORE THE THIRD DIVISION, JANUARY 11, 1965

**No. 68997.**—United China & Glass Co. v. United States, protest 60/24139 (San Francisco).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in

all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.